1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BAILEY, | Case No. ED CV 10-0927 RGK (JCG) |
|        Petitioner, | |
| | JUDGMENT |
|    v. | |
| STATE OF CALIFORNIA, *et al.*, | |
|        Respondents. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.

DATED: JUL 2 9 2010 _____, 2010.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE